UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Veda P Allen-Barnes

Case No.:      16-23633

Chapter:      7

Judge:      Michael B. Kaplan

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO:      Thomas J. Hornbeck,  Esq.

This will confirm that on      10/31/2016      the following document(s) was filed by you.

☒      Amendment to Schedule(s)  I & J                                                  ,

☐      Missing Documents, including Schedule(s)                                      ,

This will further confirm that the court has not received the following supplemental documents:

☒      Declaration About an Individual Debtor's Schedules (106 Declaration)

☒      An updated Summary of Your Assets and Liabilities and Certain Statistical Information
(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐      Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐      An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: 11/3/2016                              James J. Waldron, Clerk

*rev.9/13/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-23633-MBK
Veda P Allen-Barnes                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Nov 03, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
db             +Veda P Allen-Barnes,   41 Fritz Dr,   Sayreville, NJ 08872-2161

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo   docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association as trustee on behalf of
         the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series
         2006-H dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Thomas J. Hornbeck   on behalf of Debtor Veda P Allen-Barnes Hornbecklaw@live.com
                                                                              TOTAL: 4