| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton,  NJ   08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |
| In re: |
| Veda P Allen-Barnes |

Order Filed on February 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-23633 / MBK

Hearing Date: February 14, 2017

Judge:  Michael B. Kaplan

### ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: February 22, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to file a Modified Plan
- failure to make all required pre-confirmation payments to the Trustee
- failure to provide evidence of income
- failure to resolve Trustee and/or creditor objection
- 1) Failure to provide a copy of the pension loan statement for Keith Barnes.

2) Failure to file a completed amended 122C.

3) Failure to file an amended Schedule J that remove duplicate expenses.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 16-23633-MBK
Veda P Allen-Barnes                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 22, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +Veda P Allen-Barnes,    41 Fritz Dr,    Sayreville, NJ 08872-2161

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
           the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series
           2006-H dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Thomas J. Hornbeck    on behalf of Debtor Veda P Allen-Barnes Hornbecklaw@live.com
                                                                                             TOTAL: 4